IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Criminal No. 09-270-ALL |
| MICHAEL WRIGHT, ET AL. | : | |

# **O R D E R**

**AND NOW**, this 20th day of June, 2013, upon consideration of Defendant Michael Wright's motion to suppress physical evidence (Doc. No. 49), defendant Randall Wright's request to join Michael Wright's motion (Doc. No. 56), the parties' briefs and supplemental memorandums, and the oral argument held February 13, 2013, it is hereby **ORDERED** that the motion to suppress is **DENIED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.